UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


DON BLANKENSHIP,

            Plaintiff,

v.                                        Civil Action No. 2:19-cv-00589

THE BOSTON GLOBE MEDIA PARTNERS, LLC
 (D/B/A THE BOSTON GLOBE), and
DOES 1-50 INCLUSIVE,

            Defendants.


ORDER


        Pending is the parties' joint motion to continue trial
and modify the scheduling order, filed on August 14, 2020 (ECF No.
44).

        The parties allege that, despite diligent efforts to
complete discovery, the parties will not be able to conclude
discovery by the September 8, 2020 deadline to be ready for trial
on January 20, 2021.  The parties cite the depth and breadth of
information and documents necessary to complete discovery, along
with delays caused by the COVID-19 pandemic, as the reasons for
the delay.  Additionally, the court notes the common issues
between the above-styled case and the cases of Blankenship v. Fox
News Network, LLC, Civ. No. 2:19-cv-00236, and Blankenship v.

NBCUniversal, LLC, Civ. No. 2:20-cv-00278, which are proceeding along the schedule set forth below.

"A schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4); see also L.R. Civ. P. 16.1(f)(1).  The court finds good cause to amend the scheduling order.  It is therefore ORDERED that the remainder of the case shall proceed as follows:

| Deadline | Date |
| --- | --- |
| Last date to serve discovery requests | 02/16/2021 |
| Opening Rule 26 expert disclosures | 02/01/2021 |
| Responsive Rule 26 expert disclosures | 03/03/2021 |
| Rebuttal Rule 26 expert disclosures | 03/19/2021 |
| Discovery to close | 05/03/2021 |
| Dispositive motions deadline | 05/24/2021 |
| Response to dispositive motion | 06/07/2021 |
| Reply to response to dispositive motion | 06/14/2021 |
| Settlement meeting | 08/06/2021 |
| Motion in limine deadline | 08/20/2021 |
| Responses for motions in limine | 08/27/2021 |
| Proposed pretrial order to defendants | 08/20/2021 |
| Integrated pretrial order | 09/03/2021 |
| Pretrial conference | 09/17/2021 10:00 AM |
| Proposed jury charge | 10/04/2021 |
| Final settlement conference | 10/18/2021 10:00 AM |
| Trial | 10/19/2021  9:30 AM |

With the exception of the above modifications, the requirements and directives of the original scheduling order shall remain in full force and effect.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: September 1, 2020

John T. Copenhaver, Jr.
Senior United States District Judge